Mary McNamara, SBN 147131
Britt Evangelist, SBN 260457
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for RICHARD MAZER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 10-00565-9 JSW |
|---|---|
| Plaintiff, | |
| vs. | [PROPOSED] ORDER GRANTING RICHARD B. MAZER'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL |
| KAN WEN CHONG, | |
| Defendant. | |

GOOD CAUSE APPEARING THEREFORE,

IT IS HEREBY ORDERED that the following documents previously received by the Clerk of the Court, be filed UNDER SEAL and not unsealed without further order of the Court:

- **Internal Investigation Report Related to Sanctions Order dated October 20, 2010 by Grant W. Fine, Esq., and Accompanying Exhibits.**

The Court hereby advises counsel that if a document does not pertain to each defendant in this case, when that document is e-filed, counsel should select the particular defendant or defendants to which it applied.

DATED:
November 10, 2010

_____
Hon. Jeffrey S. White
United States District Court Judge