RICHARD B. MAZER, SBN 49632
Law Offices of Richard B. Mazer
99 Divisadero Street
San Francisco, California 94117
Telephone: (415) 621-4100
Facsimile: (415) 621-4111

Attorney for Defendant
KAN WEN CHONG

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )       No. CR 10-0565 JSW
                                )
            Plaintiff,          )
                                )       STIPULATION REGARDING
    v.                          )       CONDITIONS OF RELEASE
                                )       AND [PROPOSED] ORDER
KAN WEN CHONG,                  )
                                )
            Defendant.          )
                                )
                                )
_____)

    Richard B Mazer, counsel for defendant Kan Wen Chong, and Deborah R.
Douglas, counsel for the government, stipulate as follows:

    1.  A condition of defendant's release will be that defendant will seek
psychiatric treatment and will take all prescribed medication, including medication
given to him upon discharge from Santa Rita jail.

1

2. The District Court ruled in open court on April 15, 2013 that all psychiatric treatment and medication is to be paid through the Criminal Justice Act, 18 U.S.C. § 3006A.

Dated: April 15, 2013                    Respectfully submitted,

                                         /s/ Richard B. Mazer

                                         Attorney for the Defendant
                                         Kan Wen Chong

                                          /s/ Deborah R. Douglas

                                         Attorney for Plaintiff
                                         United States of America


                              [PROPOSED] ORDER

Upon stipulation of counsel, it is hereby ordered that:

1.  A condition of defendant's release will be that defendant will seek psychiatric treatment and will take all prescribed medication, including medication given to him upon discharge from Santa Rita jail.

2. All psychiatric treatment and medication is to be paid through the Criminal Justice Act, 18 U.S.C. § 3006A.


Dated: April 16, 2013

                                         _____
                                         LAUREL BEELER
                                         United States Magistrate Judge