1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CABN 209013)
   Assistant United States Attorney
5
         150 Almaden Boulevard, Suite 900
6        San Jose, California 95113
         Telephone: (408) 535-5056
7        FAX: (408) 535-5066
         E-Mail: Susan.Knight@usdoj.gov
8
   Attorneys for United States of America
9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN JOSE DIVISION
12

13 | UNITED STATES OF AMERICA,              )  NO.  CR 10-00565 CRB
                                            )
14 |        Plaintiff,                      )  NOTICE OF DISMISSAL
                                            )
15 |     v.                                 )
                                            )
16 | KAN WEN CHONG,                         )
                                            )
17 |        Defendant.                      )
                                            )

19      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

20 States Attorney for the Northern District of California dismisses the above indictment without prejudice.

21 DATED:                                      Respectfully submitted,

22                                             BRIAN J. STRETCH
                                               United States Attorney
23
                                                /s/
24                                             MATTHEW A. PARRELLA
                                               Chief, CHIP Unit
25

NOTICE OF DISMISSAL (CR 10-00565 CRB)

1 | Leave is granted to the government to dismiss the indictment.

3 | DATED:  September 13, 2016

_____
HONORABLE CHARLES R. BREYER
United States District Judge

NOTICE OF DISMISSAL (CR 10-00565 CRB)